Hallie R. Goins - Bar No. 258383
THE WOLF FIRM, A Law Corporation
2955 Main Street, Second Floor
Irvine, CA 92614
Telephone:  (949) 720-9200
Fax:  (949) 608-0131

Attorneys for Plaintiff
FEDERAL NATIONAL MORTGAGE ASSOCIATION

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION , <br><br>　　　　　　Plaintiff, <br><br>　vs. <br><br>JUDY A BEAL, and DOES 1 through 10, inclusive, <br><br>　　　　　　Defendants. | Case No.  2:12-cv-02524-WBS-JFM <br><br>**STIPULATION FOR CONTINUANCE** <br><br>DEMAND IS LESS THAN $10,000.00 <br><br>(LIMITED CIVIL CASE) <br><br>Complaint Filed : January 17, 2012 <br>Trial Date:　　　April 27,  2012 |

　　　IT IS HEREBY STIPULATED AND AGREED by and between the parties, Plaintiff FEDERAL NATIONAL MORTGAGE ASSOCIATION ("Plaintiff"), by and through its undersigned attorneys, and Defendant, JUDY A. BEAL ("Defendant"), by and through its undersigned attorneys as follows:

/ / /

/ / /

/ / /

/ / /

1. The Parties request that the Scheduling Conference currently set for February 19, 2013, be continued until the next available date on the Court's calendar, May 28, 2013, in order to allow parties to meet and confer regarding the Joint Status Report.

Date: February 13, 2013

THE WOLF FIRM
A Law Corporation

By:      /s/ Hallie Goins
Hallie R. Goins
Attorney for Plaintiff, FEDERAL NATIONAL MORTGAGE ASSOCIATION

Date: February 13, 2013

By:    *Linda J. Voss, Esq.*
Linda Voss
Attorney for Defendant, JUDY A. BEAL

Hallie R. Goins - Bar No. 258383
THE WOLF FIRM, A Law Corporation
2955 Main Street, Second Floor
Irvine, CA 92614
Telephone:  (949) 720-9200
Fax:  (949) 608-0131

Attorneys for Plaintiff
FEDERAL NATIONAL MORTGAGE ASSOCIATION

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION , <br><br> Plaintiff, <br><br> vs. <br><br> JUDY A BEAL, and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.  2:12-cv-02524-WBS-JFM <br><br> **ORDER** <br><br> DEMAND IS LESS THAN $10,000.00 <br><br> (LIMITED CIVIL CASE) <br><br> Complaint Filed  : January 17, 2012 <br> Trial Date:            April 27,  2012 |

Although May 28, 2013 is not the next available date as recited by the parties in their stipulation (the court has several available dates between February 19, 2013 and May 28, 2013 if the parties wish to have their scheduling conference on any of those dates), having considered the stipulation for continuance executed by both Parties by and through their counsel of record and good cause appearing therefore, IT IS ORDERED:

1) The Scheduling Conference set for February 19, 2013, is hereby vacated and continued to May 28, 2013 at 2:00 p.m.;

//

//

- 3 -
ORDER

497-9516

1  2) The Parties are to submit a Joint Status report on or before <u>May 14, 2013</u>.

Date: February 15, 2013

*[signature]*

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE